■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRANSITO FUENTES, Appellant. [863 NYS2d 386]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Doyle, J.), imposed June 18, 2007, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Rivera, J.P., Ritter, Covello and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PARASCANDOLA, Appellant. [863 NYS2d 386]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Firetog, J.), imposed November 30, 2006, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Carni and Leventhal, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL PEREZ, Appellant. [861 NYS2d 950]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 11, 2007 (*People v Perez*, 46 AD3d 708 [2007]), affirming a judgment of the Supreme Court, Queens County, rendered March 29, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Ritter, Covello and Eng, JJ., concur.